NO. SCWC-10-0000135

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EMA F. KOMOMUA, nka Ema Z. Franco,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

ROYALE K. KOMOMUA,
Petitioner/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000135; FC-DIVORCE NO. 07-1-2758)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

September 11, 2012 by Petitioner/Defendant-Appellee/Cross-

Appellant Royale K. Komomua is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 23, 2012.

| | |
|---|---|
| A. Debbie Jew,<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Chunmay Chang,<br>for respondent | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

